**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elena White, individually and as parent and next friend of Sherianna White,<br><br>    Plaintiff,<br><br>    vs.<br><br>United States of America,<br><br>    Defendant. | No. CIV 03-1823-PHX-RCB<br><br>**O R D E R** |

    On January 17, 2006, the law firm of Rosenfelt & Buffington, P.A. filed a Notice of Attorney Lien (doc. 97). Later that year, at a July 21, 2006, conference, a settlement was reached (doc. 110). Thereafter, at a January 22, 2007, status conference, the court dismissed this action as against the defendant, the United States of America (docs. 120 and 122 at 18). The court did, however, retain jurisdiction "for the purpose of determining whether to consider proceedings to resolve the question of the

1  attorney's lien perfected by and sought to be enforced by the New
2  Mexico law firm of Rosenfelt [&] Buffington."  Doc. 122 at 18.
3       Some months later, on July 19, 2007, the Rosenfelt law firm
4  filed a "Motion for Order Granting Attorney's Lien with Respect
5  to Costs" (doc. 128).  A timely response (doc. 131) and reply
6  (doc. 132) were also filed.  On December 13, 2007, however, the
7  Rosenfelt law firm filed a "Withdrawal of Notice of Attorney
8  Lien, Motion for Order Granting Attorney's Lien with Respect to
9  Costs and Memorandum in Support" (doc. 133).  In light of this
10 withdrawal,
11      IT IS ORDERED that the motion for an attorney's lien with
12 respect to costs (doc. 128) is DENIED without prejudice as moot,
13 and the Clerk is directed to terminate this action.
14      DATED this 9th day of January, 2008.

_____
Robert C. Broomfield
Senior United States District Judge

28 copies to all counsel of record

- 2 -